**Petition for Writ of Mandamus Denied and Memorandum Majority Opinion filed October 4, 2024; and Memorandum Dissenting Opinion filed October 29, 2024.**



In The

# Fourteenth Court of Appeals

### NO. 14-24-00715-CV

## IN RE WILMA REYNOLDS AND CARL GORDON, Relators

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**152nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-83411**

## MEMORANDUM DISSENTING OPINION

Persisting in my view that our duty as judges is to reach a decision on the merits based on a proper record and that due process and due course of law require that this court give notice when the original-proceeding record does not comply with the Texas Rules of Appellate Procedure, I would give relator ten-days' notice of involuntary dismissal for failure to comply with Texas Rule of Appellate Procedure 52.7(a) requiring that every document that is material to the relators'

claim for relief and that was filed in any underlying proceeding be certified or sworn, or contain an unsworn declaration. Tex. R. App. P. 52.7(a)(2); Tex. Civ. Prac. & Rem. Code Ann. § 132.001; *see In re Kholaif*, 624 S.W.3d 228, 231 (order), *mand. dism'd*, 615 S.W.3d 369 (Tex. App.—Houston [14th Dist.] 2020) (orig. proceeding).

I dissent from the court's failure to provide notice and an opportunity to cure. I express no opinion on the merits of the petition for a writ of mandamus.

/s/  Charles A. Spain
Justice

Panel consists of Chief Justice Christopher and Justices Spain and Poissant (Spain, J., dissenting).